# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESLEY A. MASSEY,<br>            Plaintiff,<br><br>            v.<br><br>RICK CRADY, et al,<br>            Defendants. | C.A. No. 1:17-cv-241 |

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on September 5, 2017, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on August 8, 2018, recommended that the motion to dismiss filed by Defendants Gredler and Tautin [14] be granted. It was further recommended that the motion to dismiss filed by Defendant Crady [17] be granted, and that Plaintiff's motion to file an amended complaint [25] be denied. The Clerk of Courts should be directed to close this case.

Service of the report and recommendation was made on Plaintiff at SCI Camp Hill, where he is incarcerated, and on Defendants. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 10th Day of September, 2018;

IT IS HEREBY ORDERED that the motion to dismiss filed by Defendants Gredler and Tautin [14] is GRANTED. It is further ORDERED that the motion to dismiss filed by Defendant Crady [17] is GRANTED, and that Plaintiff's motion to file an amended complaint [25] is DENIED. The Clerk of Courts is directed to close this case. The report and recommendation of Magistrate Judge Baxter, issued August 8, 2018, is adopted as the opinion of the court.

s/Arthur J. Schwab

ARTHUR J. SCHWAB
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record